UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

GRAMERCY ARGENTINA OPPORTUNITY FUND,
LTD. and GRAMERCY EMERGING MARKETS
FUND,

                             Plaintiffs,

         -against-

                             **RULE 7.1 DISCLOSURE**
                             **STATEMENT**

THE REPUBLIC OF ARGENTINA,

                             Defendant.

------------------------------------------------------------------- x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Plaintiffs Gramercy Argentina Opportunity Fund, Ltd. and Gramercy Emerging Markets Fund certify they have no publicly held parent corporation and no publicly held company owns 10% or more of their stock.

Dated: New York, New York
       February 21, 2008                 HUGHES HUBBARD & REED LLP


                                                    By: /s/ Russell W. Jacobs
                                                    Nicolas Swerdloff (swerdlof@hugheshubbard.com)
                                                    John Fellas (fellas@hugheshubbard.com)
                                                    Russell W. Jacobs (jacobsr@hugheshubbard.com)
                                             One Battery Park Plaza
                                             New York, New York 10004-1482
                                             (212) 837-6000

                                             *Attorneys for Plaintiffs*

60225958_1.DOC