AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

GRAMERCY ARGENTINA OPPORTUNITY
FUND, LTD. and GRAMERCY EMERGING
MARKETS FUND,

Plaintiffs,

V.

THE REPUBLIC OF ARGENTINA,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 Civ

08 CV 01722

TO: (Name and address of defendant)

The Republic of Argentina
c/o Banco de la Nacion Argentina
225 Park Avenue, 3rd Floor
New York, NY 10171

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Russell W. Jacobs
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE   FEB 21 2008

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                     Signature of Server

                                      _____
                                      Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
GRAMERCY ARGENTINA OPPORTUNITY
FUND, LTD. and GRAMERCY EMERGING
MARKETS FUND,

            Index No.: 08cv01722

         Plaintiffs,

   -against-        **AFFIDAVIT OF SERVICE**

THE REPUBLIC OF ARGENTINA,

         Defendant.

----------------------------------------x
STATE OF NEW YORK.......)
        ss.:
COUNTY OF NEW YORK....)

   Margaret Murphy, being duly sworn, deposes and says that I am over the age of eighteen years, not a party to this action, and am in the employ of Hughes Hubbard & Reed LLP.

   That on February 25, 2008, at approximately 9:20 a.m., deponent served **SUMMONS, COMPLAINT, INDIVIDUAL JUDGE'S RULES,** and **ECF GUIDELINES AND PROCEDURES** by hand upon:

   The Republic of Argentina
   c/o Banco de la Nacion Argentina
   225 Park Avenue, 3rd Floor
   New York, NY 10171

By personally leaving true copies with Roberto H. Barrientos, Vice President, who stated that he was authorized to accept service on behalf of the Republic of Argentina. Mr. Barrientos' business card is attached to this affidavit.

Mr. Barrientos can be described as a Caucasian male of Spanish descent, approximately 5 feet 3 inches tall, gray hair, about 150 pounds, and between the ages of 60 and 70.

                _____
                MARGARET MURPHY
Sworn to before me this       License No: 1267699
25th day of February, 2008

_____
Notary Public
PATRICIA E. SMITH
Notary Public, State of New York
No. 1SM4796951
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires March 30, 20__

ROBERTO H. BARRIENTOS
VICE PRESIDENT

BANCO DE LA NACION ARGENTINA
225 PARK AVENUE - 3rd FLOOR  TEL (212) 303-0880
NEW YORK, N.Y. 10169     FAX (212) 303-0805
(212) 303-0600        rbarrientos@bnany.com